IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants-Appellees. | No. 24-1881 |

**UNOPPOSED MOTION FOR 30-DAY EXTENSION
OF TIME TO FILE RESPONSE BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and 6th Circuit Rule 26(a)(1), the government respectfully moves for a 30-day extension of time, to and including February 7, 2025, in which to file its response brief. Plaintiffs consent to this motion. In support of this motion, the government states the following:

**1.** Plaintiffs filed their opening brief on December 6, 2024. Under this Court's order of October 28, 2024, the government's response brief is due January 8, 2025. The government has not previously sought an extension of the briefing deadlines.

**2.** The requested extension is necessary to allow the government adequate time to prepare and review its brief. The attorney with principal responsibility for this

matter is Sean R. Janda. Mr. Janda has recently been occupied with a number of other pressing matters, including *TikTok, Inc. v. Garland*, No. 24-7113 (D.C. Cir.) (response to emergency motion for injunction pending Supreme Court review filed December 11); *Ryan v. Federal Trade Commission*, No. 24-10591 (5th Cir.) (opening brief due January 2); *Samma v. Austin*, No. 20-5320 (D.C. Cir.) (supplemental brief due January 3); and a number of additional internal matters. Mr. Janda will also be travelling internationally between December 25 and January 1. In addition, the attorney with principal supervisory responsibility for this matter, Michael S. Raab, also has supervisory responsibilities on a number of other ongoing appellate matters, including *DeWilde v. Attorney General*, No. 24-8071 (10th Cir.) (response brief filed December 11); *Bailey v. Garland*, No. 24-3752 (6th Cir.) (response brief filed December 16); *Novo Nordisk v. Becerra*, No. 24-2510 (3d Cir.) (response brief filed December 16); *Texas v. ATF*, No. 24-10612 (5th Cir.) (reply brief due December 19); *American Council of Life Insurers v. Department of Labor*, No. 24-10890 (5th Cir.) (opening brief due December 20); *Ryan v. Federal Trade Commission*, No. 24-10591 (5th Cir.) (opening brief due January 2); and *United States ex rel. Zafirov v. Florida Medical Association LLC*, No. 24-13581 (11th Cir.) (opening brief due January 8).

3. Plaintiffs' counsel has informed the government that plaintiffs consent to this motion.

        Respectfully submitted,

        MICHAEL S. RAAB

        *s/ Sean R. Janda*
        SEAN R. JANDA
         *Attorneys, Appellate Staff*
         *Civil Division, Room 7260*
         *U.S. Department of Justice*
         *950 Pennsylvania Avenue NW*
         *Washington, D.C. 20530*
         *(202) 514-3388*

DECEMBER 2024

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 19, 2024, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system and service will be accomplished on all parties through that system.

                                                                       */s/ Sean R. Janda*
                                                                        Sean R. Janda

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 343 words, according to the count of Microsoft Word.

*s/ Sean R. Janda*
Sean R. Janda
