IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

GUN OWNERS OF AMERICA, INC., *et al.*,

    Plaintiffs-Appellants,

v.                      No. 24-1881

U.S. DEPARTMENT OF JUSTICE, *et al.*,

    Defendants-Appellees.

---

**UNOPPOSED MOTION FOR 60-DAY EXTENSION
OF TIME TO FILE RESPONSE BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and 6th Circuit Rule 26(a)(1), the government respectfully moves for a 60-day extension of time, to and including April 8, 2025, in which to file its response brief. Plaintiffs consent to this motion. In support of this motion, the government states the following:

**1.** This case involves a challenge to a public safety advisory issued by the Bureau of Alcohol, Tobacco, Firearms, and Explosives. The advisory informs federal firearms licensees that ATF does not believe that concealed pistol licenses issued under Michigan law qualify as valid alternatives to a federal background check. *See* 18 U.S.C. § 922(t)(3) (providing that the Gun Control Act's background-check requirements do not apply to "a firearm transfer between a licensee and another

person if" the transferee "present[s] to the licensee a" permit that meets certain requirements). Plaintiffs filed their opening brief on December 6, 2024. Under this Court's order of December 20, 2024, the government's response brief is due, following one 30-day extension, on February 7, 2025.

    **2.**    Due to the recent change in administration on January 20, 2025, there is leadership transition at the Department of Justice, the Federal Bureau of Investigation, and ATF. Those new agency officials are currently in the process of onboarding. To provide new leadership with sufficient time to familiarize themselves with the issues presented in this case, the government respectfully requests that the Court extend the current deadline for the government's response brief by 60 days, to and including April 8, 2025. This extension will conserve judicial resources and promote the efficient and orderly disposition of this appeal, including by ensuring that any brief filed by the government before this Court will reflect the views of current agency leadership.

**3.** Plaintiffs' counsel has informed the government that plaintiffs consent to this motion.

Respectfully submitted,

MICHAEL S. RAAB

*s/ Sean R. Janda*
SEAN R. JANDA
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7260*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, D.C. 20530*
  *(202) 514-3388*

JANUARY 2025

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system and service will be accomplished on all parties through that system.

          /s/ *Sean R. Janda*
          Sean R. Janda

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 301 words, according to the count of Microsoft Word.

*s/ Sean R. Janda*
Sean R. Janda