# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| GUN OWNERS OF AMERICA, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | No. 24-1881 |

## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION

COME NOW Plaintiffs, Donald J. Roberts II and Gun Owners of America, Inc., and file this, their Response in Opposition to Defendants' Motion for Extension.

Plaintiffs' Opening Brief was filed on December 6, 2024, approximately 117 days ago. On December 19, 2024, Defendants sought an extension of 30 days for their response. *See* Document No. 19. Plaintiffs did not oppose that request. On January 27, 2025, Defendants sought a second extension of 60 additional days, predicated on the "recent change in administration" and a "leadership transition at the Department of Justice, the Federal Bureau of Investigation, and ATF." Document No. 21. Again, Plaintiffs did not oppose, even though this "court disfavors applications for extensions of time for the filing of briefs." 6 Cir. R. 26(a)(1); *see also* 6 Cir. I.O.P. 26(a) ("Briefing

1

Extensions Not Favored."); *see also Fallin v. Covenant Transp. Grp., Inc.,* No. 23-5859, 2025 U.S. App. LEXIS 5266, at *2 (6th Cir. Mar. 5, 2025) (same).

Then, on February 7, 2025, President Trump issued his Executive Order, "Protecting Second Amendment Rights," directing the Attorney General to:

> examine all orders, regulations, guidance, plans, international agreements, and other actions of executive departments and agencies (agencies) to assess any ongoing infringements of the Second Amendment rights of our citizens, and present a proposed plan of action to the President, through the Domestic Policy Advisor, to protect the Second Amendment rights of all Americans.[1]

Since then, Defendants have not shed any light on the process, other than promising that they will "examine" and "assess" this case, conduct a "review" of ATF's previous determinations on this subject, which "includes, but is not limited to," the determination at issue here, and "propose" a plan going forward.

This Court should decline Defendants' request for a third extension. As a district court in the Northern District of Texas recently stated in denying an ATF request to "stay" that case, "the Executive Order relevant to the instant case requires only that the Attorney General *review* rules promulgated by the ATF and *propose* a plan – these actions fail to present any substantial or imminent threat to the instant litigation." Order at 2, *Texas v. BATFE*, No. 2:24-cv-00089-Z (N.D. Tex. Feb. 26, 2025), ECF #132.

The same is true here. None of Defendants' vague assurances provide Plaintiffs or this Court with any sense of when ATF's review might be complete, what actions

---

[1] *See* https://www.whitehouse.gov/presidential-actions/2025/02/protecting-second-amendment-rights/.

ATF might take, or how those actions might serve to alter the issues in this case. Indeed, the President's Executive Order established a deadline of March 9, 2025 for a "plan of action" – a deadline which has come and gone. And for all anyone knows, even after their review, Defendants might determine to take no action at all on Michigan permits. Nor do Defendants explain how their resolution of ATF's underlying determination will resolve the posture of this case, which presents to this Court based on a district court's conclusion that Plaintiffs never had standing to challenge ATF's determination in the first place. *See Gun Owners of Am., Inc. v. DOJ*, 2024 U.S. Dist. LEXIS 176131 (E.D. Mich. Sept. 27, 2024).

Defendants' third request for an extension does not move this case towards resolution, and should be denied.

DATED: April 2, 2025                    Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
MS Bar No. 102784
stephen@sdslaw.us

Kerry Lee Morgan, Esq.
Pentiuk, Couvreur, &
Kobiljak, P.C.
2915 Biddle Avenue, Suite 200
Wyandotte, MI 48192
(734) 281-7100

Kmorgan@pck-law.com

Robert J. Olson
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Ste. 4
Vienna, VA 22180
T: (703) 356-5070
T: (540) 450-8777
F: (703) 356-5085
rob@wjopc.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2025, I electronically filed the foregoing document or pleading with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system and service will be accomplished on all parties through that system.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this response complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 535 words, according to the count of Microsoft Word 365.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh