No. 24-1881

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Apr 3, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC.; DONALD J. ROBERTS, II, | ) ) ) |
| Plaintiffs - Appellants, | ) ) |
| v. | )     O R D E R ) ) |
| U.S. DEPARTMENT OF JUSTICE; BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; REGINA LOMBARDO, | ) ) ) ) |
| Defendants - Appellees. | ) |

The plaintiffs appeal the district court's summary judgment for federal defendants in this APA suit challenging ATF's advisory that Michigan's concealed pistol license was no longer a sufficient alternative to a federal background check. The defendants move for a third extension of time to file their appellate brief, and the plaintiffs respond in opposition.

Upon review and consideration, the defendants' motion is GRANTED IN PART. The defendants shall file their brief on or before April 23, 2025. Further extensions of the briefing schedule will not be granted. Briefing will be reset by separate letter.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_Kelly L. Stephens_
Kelly L. Stephens, Clerk